UNITED STATES DISTRICT COURT **ORIGINAL**

DISTRICT OF MINNESOTA

Civil File No. 02-0353
JRT/FLN

CARPENTERS & JOINERS WELFARE FUND, TWIN CITY CARPENTERS PENSION MASTER TRUST FUND, TWIN CITY CARPENTERS APPRENTICESHIP FUND, TWIN CITY CARPENTERS VACATION FUND TRUSTS,

Plaintiffs,

vs.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

LONE OAK BUILDERS, INC., BLUE SKY BUILDERS, INC., and THOMAS LAMBERTA, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: March 11, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiffs

FILED MAR 1 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: Mar. 12, 2002

John R. Tunheim
Judge of District Court

# AFFIDAVIT OF SERVICE

ORIGINAL

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

**Andrea Bjergo**, being first duly sworn upon oath, deposes and states that on the 11th day of March 2002, she served a copy of the Notice of Dismissal Without Prejudice and Order upon:

Lone Oak Builders, Inc.
16935 Gerdine Path
Rosemount, MN 55068

Blue Sky Builders
16935 Gerdine Path
Rosemount, MN 55068

Thomas Lamberta
16935 Gerdine Path
Rosemount, MN 55068

By depositing the same with postage prepaid with the United States mail at Minneapolis, Minnesota.

Andrea Bjergo

**Andrea Bjergo**

Subscribed and sworn to before me
this 11th day of March 2002.

Cheryl E. Dudley
Notary Public

CHERYL E. DUDLEY
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005